# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136942

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                 SC: 136942
                                 COA: 274390
                                 Oakland CC: 2006-206697-FH

NEIL PATRICK BENNETT,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 8, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, C.J., would grant leave to appeal for the reasons set forth in her dissenting statement in *People v Xiong*, 483 Mich ___ (Docket No. 135158, order entered April 17, 2009).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2009                          _____
                                         Clerk

p0603